1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTO CAMARENA, JR., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>C R BARD INCORPORATED, et al.,<br><br>Defendants. | Case No. 1:20-cv-00441-DAD-BAM<br><br>**ORDER REQUIRING ATTORNEY STEVEN SCHULTE TO APPEAR BEFORE THE COURT ON SEPTEMBER 29, 2020 TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR UNAUTHORIZED PRACTICE OF LAW BEFORE THIS COURT, FAILURE TO COMPLY WITH THE LOCAL RULES, AND FAILURE TO COMPLY WITH A COURT ORDER** |

On March 26, 2020, this case was transferred to this Court from the United States District Court for the District of Arizona. (Doc. No. 6.) On July 22, 2020, counsel Steven Schulte appeared at the Initial Scheduling Conference on behalf of Plaintiffs. (Doc. No. 23.) However, a review of the docket and Court records indicated that Mr. Schulte had not submitted a Petition by Attorney for Admission to Practice before the Eastern District or filed an application for admission to practice pro hac vice despite appearing and participating in this matter on Plaintiffs' behalf. *See* Local Rule 180. Additionally, no information regarding whether Mr. Schulte is a member of the State Bar of California had been provided.

Accordingly, on July 22, 2020, the Court issued an order to show cause why sanctions

1

1  should not be imposed for Steven Schulte's failure to comply with the Local Rules and possible
2  unauthorized practice of law before the Court. (Doc. No. 25.) The Court's order to show cause
3  was mail served on Mr. Schulte and he was required to file a written response within fourteen
4  (14) days of service of the order to show cause.  (*Id.*) Alternatively, Mr. Schulte was permitted
5  to comply with the order by submitting a Petition by Attorney for Admission to Practice before
6  the Eastern District or filing an application for admission to practice pro hac vice and paying
7  the applicable fee and by registering for CM/ECF. (*Id.*) To date, Mr. Schulte has not filed a
8  written response, sought admission to practice before the Court, or otherwise responded to the
9  Court's July 22, 2020 order to show cause.

10  Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these
11  Rules or with any order of the Court may be grounds for imposition by the Court of any and all
12  sanctions . . . within the inherent power of the Court."  The Court has the inherent power to
13  control its docket and may impose sanctions where appropriate, including dismissal of the
14  action.  *Bautista v. Los Angeles County,* 216 F.3d 837, 841 (9th Cir. 2000).

15  Accordingly, Steven Schulte, counsel for Plaintiffs, is HEREBY ORDERED to appear
16  on **Tuesday September 29, 2020, at 8:30 AM in Courtroom 8 (BAM) before the**
17  **undersigned** to show cause why monetary sanctions should not be imposed and/or this action
18  should not be dismissed for failure to comply with the Local Rules, possible unauthorized
19  practice of law before the Court, and failure to comply with the Court's order.  In light of the
20  coronavirus (COVID-19) outbreak and the evolving coronavirus protocols, Mr. Schulte shall
21  appear **remotely via Zoom.** Mr. Schulte shall contact Courtroom Deputy, Esther Valdez, at
22  (559) 499-5788 or evaldez@caed.uscourts.gov for the video and dial-in information. Mr.
23  Schulte may alternatively comply with this order by submitting a Petition by Attorney for
24  Admission to Practice before the Eastern District or filing an application for admission to
25  practice pro hac vice and paying the applicable fee and by registering for CM/ECF before
26  September 29, 2020.

27  The Clerk of Court is further directed to serve a copy of this order on Steven Schulte at
28  the offices of Fears Nachawati PLLC, 5473 Blair Road, Dallas, TX 75231.

**Failure to respond to this order will result in the imposition of sanctions, including monetary sanctions and/or a recommendation that this action be dismissed for failure to comply with the Local Rules and the Court's orders.**

IT IS SO ORDERED.

Dated: __September 10, 2020__         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE