UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTO CAMARENA, JR., et al.,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>C R BARD INCORPORATED, et al.,<br><br>　　　Defendants. | Case No. 1:20-cv-00441-DAD-BAM<br><br>**ORDER DISCHARGING ORDERS TO SHOW CAUSE**<br><br>(Doc. Nos. 25, 31.) |

　　　On March 26, 2020, this case was transferred to this Court from the United States District Court for the District of Arizona. (Doc. No. 6.) On July 22, 2020, counsel Steven Schulte appeared at the Initial Scheduling Conference on behalf of Plaintiffs. (Doc. No. 23.) However, a review of the docket and Court records indicated that Mr. Schulte had not submitted a Petition by Attorney for Admission to Practice before the Eastern District or filed an application for admission to practice pro hac vice despite appearing and participating in this matter on Plaintiffs' behalf. *See* Local Rule 180. Additionally, no information regarding whether Mr. Schulte is a member of the State Bar of California had been provided.

　　　Accordingly, on July 22, 2020, the Court issued an order to show cause why sanctions should not be imposed for Steven Schulte's failure to comply with the Local Rules and possible unauthorized practice of law before the Court. (Doc. No. 25.) Mr. Schulte was permitted to comply with the order by submitting a Petition by Attorney for Admission to Practice before the Eastern District or filing an application for admission to practice pro hac vice and paying the applicable fee and by registering for CM/ECF. (*Id.*) Mr. Schulte did not file a written response, seek admission to practice before the Court, or otherwise respond to the Court's July

22, 2020 order to show cause.

Accordingly, on September 10, 2020, the Court issued an order to show cause requiring Mr. Schulte to appear before the Court via Zoom and show cause why monetary sanctions should not be imposed and/or this action should not be dismissed for failure to comply with the Local Rules, possible unauthorized practice of law before the Court, and failure to comply with the Court's order. (Doc. No. 31.) Mr. Schulte was again permitted to comply with the order by submitting a Petition by Attorney for Admission to Practice before the Eastern District or filing an application for admission to practice pro hac vice. (*Id.*)

On September 10, 2020, Mr. Schulte filed an application for admission pro hac vice, paid the applicable fee, and registered for CM/ECF. (Doc. No. 32.) The Court issued an order granting Mr. Schulte's pro hac vice application on September 11, 2020. (Doc. No. 33) In light of Mr. Schulte's pro hac vice application, the Court will discharge the orders to show cause issued on July 22, 2020, and September 10, 2020. The Court has expended unnecessary effort to get Mr. Schulte to comply.  Counsel is admonished against future wasting of judicial resources.

Accordingly, IT IS HEREBY ORDERED that the Court's Orders to Show Cause issued July 22, 2020 (Doc. No. 25) and September 10, 2020 (Doc. No. 31) are HEREBY DISCHARGED. No sanctions will be imposed and counsel is not required to appear before the Court on September 29, 2020.

IT IS SO ORDERED.

Dated:  **September 11, 2020**               /s/ *Barbara A. McAuliffe*           _
UNITED STATES MAGISTRATE JUDGE